

April 21, 2023

VIA ECF
Hon. J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    Re: Raritan Mall, LLC v. United National Insurance Company
      3:22-cv-06668

Dear Judge Day,

  We write at this time pursuant to the Court's April 11, 2023 Text Order to provide the Court with the status of this matter in advance of the April 26, 2023 telephone conference.  This matter is an insurance dispute between the Plaintiff and the Defendant insurance carrier concerning damages to a strip mall owned by the Plaintiff in Raritan, New Jersey.  It is the Plaintiff's position that property suffered significant damage during Hurricane Ida on September 1, 2021.  The Defendant disputes the damage to the building is covered under the insurance policy.

  The parties have exchanged their initial disclosures and have served and responded to written discovery demands.  On April 14, 2023, counsel for the Plaintiff served the Defendant with a letter outlining the deficiencies in the Defendant's responses and requested a response by April 21, 2023.   While counsel for the Plaintiff does not yet know how the Defendant will respond to the deficiency letter, the parties may need to discuss the issues raised therein with the Court.  Further, on April 7, 2023 counsel for the Plaintiff served a notice of deposition of a representative of the Defendant pursuant to Federal Rule of Civil Procedure 30(b)(6).  That

**LERNER, ARNOLD & WINSTON, LLP**
286 FIFTH AVENUE ● 12TH FLOOR ● NEW YORK ● NY ● 10001 ● PHONE: (212) 686-4655 ● FAX: (212) 532-3301
WWW.LAWPARTNERSLLP.COM

**LAW**
LERNER · ARNOLD · WINSTON

notice scheduled the deposition for May 19, 2023, however the date has not been confirmed as of the writing of this letter.

Fact discovery in this matter is set to close on July 31, 2023. Presently the parties do not see a need to adjust the discovery schedule, however their may be numerous non-party depositions to be scheduled which, depending on availability of counsel and witnesses, may require an adjustment to the discovery plan later.

We thank the Court for its time and consideration of this matter.

Respectfully Submitted,

Lerner, Arnold & Winston, LLP

/s/ Robert T. Trautmann
Robert T. Trautmann, Esq.
Attorneys for Plaintiff


Cozen O'Connor

/s/ Charles J. Jesuit, Jr.
Charles J. Jesuit, Jr., Esq.
Attorneys for Defendant