IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| RARITAN MALL, LLC, | Civil No. 22-6668 (ESK/AMD) |
| Plaintiff, | |
| v. | |
| UNITED NATIONAL INSURANCE COMPANY, | |
| Defendant. | |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephonic status conference held on January 30, 2025; and the Court noting the following appearances: Robert T. Trautmann, Esquire, appearing on behalf of Plaintiff; and Charles J. Jesuit, Jr., Esquire, appearing on behalf of Defendant; and good cause appearing for the entry of the within Order:

IT IS on this **30th** day of **January 2025**, hereby **ORDERED:**

1. The Court will conduct a telephone status conference on **May 5, 2025 at 11:00 A.M.** Counsel shall utilize the following dial-in instructions for the conference: **1-856-210-8988 / 648 070 374#**. At least three (3) business days prior to the scheduled conference, the parties shall send the Court a letter identifying all discovery disputes, if any exist. No issue will be addressed unless the parties have first conferred pursuant to Local Civil Rule 37.1(a) by speaking in-person or by telephone.

2. Depositions of proposed expert witnesses shall be concluded by **March 17, 2025.**

3. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **April 15, 2025.** Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice – Generally).

4. Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Edward S. Kiel

2