**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RARITAN MALL, LLC | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 1:22-cv-06668-ESK-AMD |
| v. | : | |
| | : | |
| UNITED NATIONAL INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendant. | : | |

**BRIEFING SCHEDULE FOR PRE-TRIAL MOTIONS**

This case is set for trial on October 13, 2026. In preparation for trial, the Court hereby sets the following schedule for pre-trial motions.

All *Daubert* motions and any motions in limine shall be filed by the parties on or before **June 24, 2026**. Oppositions to *Daubert* motions and motions in limine shall be filed on or before **July 10, 2026**. The Court will hold a status conference and hearing on the pending pre-trial motions on **July 27, 2026 at 11:00 a.m.**.

**SO ORDERED** this **23rd** day of **April 2026**.

BY THE COURT:

*/s/ Edward S. Kiel*

Edward S. Kiel
United States District Judge